**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7736**

LARRY K. GREEN; BLACK HABITUAL FELONS IN N.C.,

            Plaintiffs – Appellants,

        v.

STATE OF NORTH CAROLINA; NORTH CAROLINA GENERAL ASSEMBLY;
NORTH CAROLINA SUPREME COURT; NORTH CAROLINA DEPARTMENT OF
CORRECTIONS; BEVERLY PERDUE, Governor,

            Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:10-ct-03099-BO)

Submitted:  June 1, 2011            Decided:  June 14, 2011

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry K. Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order dismissing as frivolous their 42 U.S.C. § 1983 (2006) complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. North Carolina, No. 5:10-ct-03099-BO (E.D.N.C. Dec. 2, 2010). We deny Green's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED